UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION



United States Courts
Southern District of Texas
FILED
APR 11 2018
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NUMBER |
| v. | § § | |
| JASON ERIC BEWLEY | § § | UNDER SEAL |

### INDICTMENT         18CR202

THE GRAND JURY CHARGES THAT:

### Count One
### Transmitting Threats Through Interstate Communications
### (18 U.S.C. § 875(c))

On or about May 14, 2017, in the Southern District of Texas the defendant,

**JASON ERIC BEWLEY**

did knowingly and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, that is an email to M.W., which stated, "It's too bad you're a dead man walking... I will split your skull open Mike wright KBTX."

In violation of Title 18, United States Code, Sections 875(c).

### Count Two
### Transmitting Threats Through Interstate Communications
### (18 U.S.C. § 875(c))

On or about June 8, 2017, in the Southern District of Texas the defendant,

**JASON ERIC BEWLEY**

did knowingly and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, that is a phone call answered by K.W., during which the defendant stated, in part "I'll come down there and rip your eyes out and skull fuck you," and

"I'll burn the fucking building to the ground."

In violation of Title 18, United States Code, Sections 875(c).

A TRUE BILL:

Original Signature on File
~~FOREPERSON~~ OF THE GRAND JURY

Ryan K. Patrick
Acting United States Attorney

By: *Jennie Basile*
Jennie Basile
Assistant United States Attorney