## AMENDED SENTENCE DATA SHEET

**CRIMINAL NO.:**     H-18-202

**DEFENDANT:**     **JASON ERIC BEWLEY**

**IMMIGRATION STATUS:**     Citizen of the United States

**GUILTY PLEA:**     Count One of the Criminal Indictment, 18 USC 875(c), mailing threatening communications.

**SUBSTANCE OF PLEA AGREEMENT**:     The Defendant is pleading guilty to Count One of the Criminal Indictment, the government will dismiss Count Two at the time of sentencing.

**ELEMENTS:**     Count One, threatening communications:

First: That the defendant knowingly transmitted a communication in interstate commerce;

Second: That the content of the communication contained a "true threat" to injure.

**PENALTY:**     Imprisonment for up to a maximum of five years, and a fine not to exceed $250,000.

**ALTERNATIVE FINE BASED ON GAIN OR LOSS:**     Not applicable

**SUPERVISED RELEASE:**     Applicable up to a maximum of three years (18 U.S.C.§3583).

**SPECIAL ASSESSMENT:**     $100 per count of conviction (18 U.S.C. §3013).

**ATTACHMENT:**     Plea agreement