PROB 12B
(07/06)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 16, 2020
David J. Bradley, Clerk

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| Name of Offender: | Jason Eric Bewley          Case Number: 4:18CR00202-001 |
| Name of Sentencing Judge: | Lynn N. Hughes, U.S. District Judge |
| Date of Original Sentence: | January 22, 2019 |
| Original Offense: | Transmitting threats through interstate communications; in violation of 18 U.S.C. § 875(c) |
| Original Sentence: | 37 months imprisonment; three (3) years supervised release; $200 special assessment.<br><br>Special conditions: Participate in a mental health program approved by the probation officer and take all mental-health medications prescribed by your treating physician; Participate in a mental heath program specifically for anger management; financial disclosure; no contact with victim(s) |
| Type of Supervision: | Supervise Release    Date Supervision Will Commence:   02/05/2020 |

### EARLIER COURT ACTION

None.

### PETITIONING THE COURT

[ ]   To extend the term of supervision for year, for a total term of years.

[X]   To modify the conditions of supervision as follows:

**COMMUNITY CONFINEMENT:** The defendant is required to participate in a community treatment center, halfway house or similar facility for a period of up to 180 days, or until such time as the defendant secures a suitable residence, beginning at a time to be determined by the probation officer.

RE:   **Jason Eric Bewley**
      **4:18CR00202-001**

## CAUSE

Mr. Bewley is currently in custody with the Bureau of Prisons, and is scheduled to be released on August 5, 2020. This officer received a release plan from Case Manager B. Koster, indicating Mr. Bewley has no residence to release to and will be homeless upon completion of his custodial sentence. Mr. Bewley has voluntarily agreed to a modification of his conditions of supervised release to include halfway house placement upon his release from the Bureau of Prisons. This placement will enable the offender to reside at the halfway house, establish employment and secure a residence. Upon securing acceptable and verifiable residence, Mr. Bewley may be released from halfway house placement.

Approved:

*Robert A. Bartlett*
Robert A. Bartlett, Supervising
United States Probation Officer

Respectfully submitted:

*Danny Morgan*
Danny Morgan, Senior
United States Probation Officer
March 16, 2020

PROB 49
(07/06)

RE:   <u>Jason Eric Bewley</u>
      <u>4:18CR00202-001</u>

## UNITED STATES DISTRICT COURT
## for the
## Southern District of Texas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or the proposed extension of my term of supervision:

**COMMUNITY CONFINEMENT:** The defendant is required to participate in a community treatment center, halfway house or similar facility for a period of up to 180 days, immediately after this document is signed and filed by the Court, or as soon as the facility is prepared to accept the defendant.

Placement at the halfway house will afford the defendant the opportunity to seek and secure gainful employment which should ultimately result in procuring suitable residence.

Should the defendant secure suitable residence, he will be released from the halfway house and continue on supervised release.

Witness: _____          Signed _____
         Bureau of Prison's Case Manager            Probationer or Supervised Releasee

Date: 3-11-2020                           Date: 3-11-2020

Name of Offender: Jason Eric Bewley
Case Number: 4:18CR00202-001
Page Number: 3

THE COURT ORDERS:

[ ]   No Action

[ ]   Extended Supervision as Noted

[✓]   Modify Conditions as Noted

[ ]   Other:


_____
Lynn N. Hughes
U. S. District Judge


   03.16.20
_____
            Date