United States Courts
Southern District of Texas
FILED

AUG 05 2022

Nathan Ochsner, Clerk of Court

Jason E. Bewley
7026 Sherman
Houston, Texas 77011

July 26, 2022

Nathan Ochsner, Clerk
515 Rusk St. Ste 5300
Houston, Texas 77003

## Motion For Early Release from Probation

Dear Mr. Nathan Ochsner,

I would like to file for early release from probation Case # (4:18CR002-001). My contact # is (850-276-8561). If there is additional information required, please feel free to contact me at your convenience.

Respectfully submitted,

Jason E. Bewley

# United States District Court

## Southern District Court of Texas

(4:18CR00202-001)

| | |
|---|---|
| United States of America | United States District Court |
| v. | Southern District of Texas |
| Jason Eric Bewley | Harris County, Texas |

## Motion for Early Release from Probation

TO THE HONORABLE JUDGE LYNN N. HUGHES:

Defendant has successfully completed one-year of his probationary period and is therefore eligible for early release.

Defendant has satisfied all terms and conditions of his probation.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Motion be granted.

Respectfully submitted,

Jason E. Bewley



Jason Bewley
7026 Sherman
Houston TX 77011

U.S. POSTAGE
FCM LG ENV
HOUSTON, TX
77010
AUG 03, 22
AMOUNT
$5.21
R2305K137344

7022 0410 0002 7952 8018

United States Courts
Southern District of Texas
FILED
AUG 05 2022
Nathan Ochsner, Clerk of Court

Nathan Ochsner
Clerk of Court
PO Box 61010
Houston TX 77208