UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 05, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| The United States of America, | § |
| Plaintiff, | § |
| versus | §  Criminal H-18-202 |
| Jason Eric Bewley, | § |
| Defendant. | § |

## Order Terminating Supervised Release

On Jason Bewley's motion, his supervised release is terminated. (35)

Signed on August 5, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge